590 A.2d 548

**Jean F. (Kingham) MONA et al.**

v.

**CITIZENS BANK AND TRUST COMPANY OF MARYLAND et al.**

No. 160, Sept. Term, 1990.

Court of Appeals of Maryland.

June 3, 1991.

James E.T. Lange, Silver Spring (Jared M. Sonies, Herndon, Va.) both on brief, for petitioners.

C. Lamar Garren, Henry R. Lord, Kathleen A. Ellis, Piper & Marbury, Richard J. Magid, Loretta E. Shapero, Whiteford, Taylor & Preston, Baltimore, S. Kennon Scott, C. Robert Pickett, Hartman & Crain, Annapolis, all on brief, for respondents.

Argued before MURPHY, C.J., and ELDRIDGE, RODOWSKY, McAULIFFE, CHASANOW and KARWACKI, JJ.

## ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 3rd day of June, 1991

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.